IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     MAR 15 2005
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

| | |
|---|---|
| WASHINGTON MUTUAL BANK, F.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY E. CONDIT, JOHN T. CONDIT, ) | |
| PAUL J. CONDIT, and PAUL J. CONDIT II, ) | |
| ) | Civil Action No. |
| Defendants. ) | 5:01-CV-250-C |

## ORDER

By order filed December 6, 2004, the above-styled and -numbered cause was closed. However, the Receiver's Second Motion for Contempt Against Michael Goodwin and First Motion for Contempt Against Paul J. Condit, II, filed March 22, 2004, and referred to the United States Attorney for the Northern District of Texas by order filed April 15, 2004, remains pending.

To manage the Court's docket more efficiently, Receiver's Second Motion for Contempt Against Michael Goodwin and First Motion for Contempt Against Paul J. Condit, II and the order referring the same to the United States Attorney are hereby **SEVERED** from the above-styled and -numbered cause and shall proceed under Miscellaneous Case No. 5-05MC-009. The Clerk shall prepare a docket sheet for Miscellaneous Case No. 5-05MC-009 that includes the following parties and their counsel of record:

1) Paulina M. Jacobo, Assistant United States Attorney;

2) Michael Goodwin, whose counsel of record is G. Douglas Welch;

Certified a true copy of an instrument on file in my office on 3-15-05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

3) Paul J. Condit, II, whose counsel of record is Robert N. Nebb; and

4) Receiver Fernando M. Bustos.

Any future proceedings regarding the subject contempt matters shall be filed in the severed miscellaneous case.

SO ORDERED.

Dated this 15th day of March, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE